UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:16-CV-00653-RJC

FELICIA ANN UNDERDUE, )
)
      Plaintiff, )
)
v. )
) **CERTIFICATION OF ADR SESSION**
WELLS FARGO BANK, N.A., )
)
      Defendant. )
_____)

FILED
CHARLOTTE, NC

APR 1 3 2017

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

      This certificate is submitted to the Court by the mediator and served upon all parties upon completion of the ADR process.

      1.    I hereby certify that the parties engaged in an alternative dispute resolution conference held on April 4, 2017.

      2.    The ADR session held was a mediation session.

      3.    The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    __X__    All individual parties and their counsel.
    __X__    Designated corporate and organizational representatives.
    _____    Required claims professionals.
    _____    Other (Describe).

      4.    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered: __Not Applicable__.

      5.    The outcome of the ADR session was:

_____    <u>The case has settled</u>. Counsel for the parties will file a Stipulation of Dismissal with Prejudice within thirty (30) days of the filing of this report.

_____    <u>The case has been partially resolved</u>. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The stipulation shall contain a brief summary of the issues which remain for the Court to resolve.

__XXX__    The parties reached an impasse.

6.     The mediator hereby certifies that the above is a true and accurate statement of the result of the ADR process and that all parties of record are being served with a copy of this report.

This 10th day of April, 2017.

*[signature]*
Sarah Kromer, Mediator

Sarah J. Kromer PLLC
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: (704) 688-5040
Facsimile: (704) 688-5041