# Sarah J. Kromer
─────PLLC─────
Attorney At Law
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: 704-688-5040  Facsimile: 704-688-5041
sarah@sarahkromer.com

April 10, 2017

Clerk of Court
United States District Court
For the Western District of North Carolina
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC  28202



RE:  Felicia Ann Underdue v. Wells Fargo Bank, N.A.; United States District Court, Western District of North Carolina, Charlotte Division, Civil Action No. 3:16-cv-653

Dear Sir/Madam:

Enclosed please find for filing a Certification of ADR Session in the above case. Thank you for your assistance in this matter. Please let me know if you have any questions.

Best regards,

Sarah J. Kromer

Sarah J. Kromer

Enclosure

cc:  Ms. Felicia Ann Underdue c/o Mr. Kevin Murphy
     Mr. Keith Weddington