# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00653-RJC

| | |
|---|---|
| FELICIA A. UNDERDUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, (Doc. No. 20); Defendant's Response In Opposition to the Motion, (Doc. No. 22); Plaintiff's Affidavit re Motion for Extension of Time to File Response (Doc. No. 23); Plaintiff's Reply In Support of her Motion (Doc. No. 24); and Plaintiff's Motion to Amend Complaint, (Doc. No. 25).

In Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, Plaintiff sought leave for an extension of fifteen days to respond to Defendant's Motion to Dismiss, (Doc. No. 8), and additionally sought leave to amend her complaint freely. (Doc. No. 20). Defendant filed a response stating that it does not object to the extension of time, but requesting that Plaintiff file and amended complaint along with her request in order to evaluate the merits of granting leave to amend. (Doc. No. 22). Now, pro se Plaintiff has formalized her request for leave to file an amended complaint through her Motion to Amend Complaint, (Doc. No. 25), but again has failed to attach her proposed amended complaint to her motion. Although Plaintiff has had ample time to respond to the Defendant's Motion to Dismiss, the Court will grant Plaintiff an additional fifteen days to respond to Defendant's Motion to Dismiss. Plaintiff is further directed

to file within fifteen (15) of this order her proposed amended complaint in connection with her Motion to Amend Complaint, pursuant to Western District of North Carolina Administrative Procedures Governing Filing and Service by Electronic Means, Section II (A)(8) ("If filing a document requires leave of the Court, such as an amended complaint, the attorney [or pro se plaintiff in this case] shall attach the proposed document as an exhibit to the motion . . . .").

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Extension of Time, (Doc. No. 20), is **GRANTED in part** and **DENIED in part**. Specifically, Plaintiff's request for a fifteen (15) day extension to file a response to Defendant's Motion to Dismiss, (Doc. No. 8), is **GRANTED**. Plaintiff's response to Defendant's Motion to Dismiss is due fifteen (15) days from the date of this Order. Plaintiff's request to amend her complaint freely is **DENIED**.

2. Plaintiff is **ORDERED** to file within fifteen (15) days of the date of this Order a proposed amended complaint in connection with her Motion to Amend Complaint, (Doc. No. 25). Defendant's response to Plaintiff's Motion to Amend Complaint, if any, is due fourteen (14) days after Plaintiff files her proposed amended complaint.

Signed: July 12, 2017

Robert J. Conrad, Jr.
United States District Judge